ORIGINAL

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

BARBARA EUCKER
REBECCA A. PERLMUTTER
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Barbara.Eucker@usdoj.gov
         Rebecca.Perlmutter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 7 2024

at____ o'clock and_____ min.____M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 24-CR-0052-HG |
| | ) | |
| Plaintiff, | ) | SUPERSEDING INDICTMENT |
| | ) | |
| vs. | ) | [18 U.S.C §§ 2251(a), 2251(e), |
| | ) | 2252A(a)(2)(A), 2252A(b)(1), |
| ROBERT SILVA, | ) | 2252A(a)(5)(B), and 2252A(b)(2)] |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

SUPERSEDING INDICTMENT

The Grand Jury charges:

### Count 1
### Production of Child Pornography
(18 U.S.C §§ 2251(a) and (e))

On or about September 22, 2018, within the District of Hawaii and elsewhere, ROBERT SILVA, the defendant, did attempt to and did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting such commerce, which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction was actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting such commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

### Count 2
### Production of Child Pornography
(18 U.S.C §§ 2251(a) and (e))

On or about October 4, 2018, within the District of Hawaii and elsewhere, ROBERT SILVA, the defendant, did attempt to and did employ, use, persuade,

2

induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting such commerce, which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction was actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting such commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

### Count 3
Production of Child Pornography
(18 U.S.C §§ 2251(a) and (e))

On or about July 10, 2019, within the District of Hawaii and elsewhere, ROBERT SILVA, the defendant, did attempt to, and did, employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting such commerce,

which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction was actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting such commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## Count 4
### Receipt of Child Pornography
(18 U.S.C §§ 2252A(a)(2)(A) and (b)(1))

On or about July 8, 2019, in the District of Hawaii and elsewhere, ROBERT SILVA, the defendant, did knowingly receive child pornography using a means and facility of interstate and foreign commerce, and which child pornography had been shipped and transported in and affecting such commerce by any means, including by computer, in that the defendant, using an internet-based software program, received video files depicting a minor engaged in sexually explicit conduct.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## Count 5
### Possession of Child Pornography
(18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))

On or about June 13, 2024, within the District of Hawaii, ROBERT SILVA, the defendant, did knowingly possess material, namely an HP Pavilion laptop with

4

serial number 5CD3525JB6, that contained one or more video files of child pornography, including at least one video file of child pornography involving a prepubescent minor and a minor who had not attained 12 years of age, which child pornography had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting such commerce by any means, including by computer, and had been produced using materials that had been mailed and shipped and transported in such commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

Forfeiture Notice

1.    The allegations set forth in this Indictment are hereby re-alleged and incorporated by reference for the purpose of noticing forfeiture pursuant to Title 18, United States Code, Section 2253.

2.    The United States hereby gives notice to ROBERT SILVA, the defendant, that upon conviction of an offense alleged in this Indictment, the United States will seek forfeiture, in accordance with Title 18, United States Code, Section 2253(a)(3) of any property, real and personal, used and intended to be used to commit and promote the commission of the offense and any property traceable to

such property.  The property subject to forfeiture includes, but is not limited to, the

following:

      a.     HP Pavilion Laptop with serial number 5CD3525JB6 seized by

          law enforcement on June 13, 2024.

DATED:  October 17, 2024, at Honolulu, Hawaii.

                       A TRUE BILL

                       */s/ Foreperson*
                       FOREPERSON, GRAND JURY

CLARE E. CONNORS
United States Attorney
District of Hawaii

BARBARA EUCKER
REBECCA A. PERLMUTTER
Assistant U.S. Attorneys

United States v. Robert Silva
Superseding Indictment
Cr. No. 24-CR-0052-HG