KENNETH M. SORENSON
United States Attorney
District of Hawaii

REBECCA A. PERLMUTTER
BARBARA EUCKER
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
E-Mail:  Rebecca.Perlmutter@usdoj.gov
         Barbara.Eucker@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR24-00052 HG |
| Plaintiff, | |
| vs. | GOVERNMENT'S SENTENCING MEMORANDUM; CERTIFICATE OF SERVICE |
| ROBERT SILVA, | |
| Defendant. | |

**<u>GOVERNMENT'S SENTENCING MEMORANDUM</u>**

By and through the undersigned attorneys, the United States respectfully submits this Sentencing Memorandum.

On October 17, 2024, Defendant Robert Silva was charged in a five-count Superseding Indictment with three counts of Production of Child Pornography, in violation of 18 USC §§ 2251(a) and (e) (Counts 1, 2, and 3), one count of Receipt of Child Pornography, in violation of 18 USC §§ 2252A(a)(2)(A) and (b)(1) (Count 4), and one count of Possession of Child Pornography, in violation of 18 USC §§ 2252A(a)(5)(B) and (b)(2) (Count 5). ECF No. 16.

On September 5, 2025, Silva pleaded guilty to Count 2 of the Superseding Indictment (a single count of Production of Child Pornography, in violation of 18 USC §§ 2251(a) and (e)), pursuant to a plea agreement. ECF No. 40.

For the reasons set forth below, the Government recommends a Guidelines sentence of imprisonment, followed by twenty years of supervised release.  The PSR calculated the Sentencing Guidelines to be 360 months.  In analyzing the 18 U.S.C. § 3553(a) factors, Silva presents no compelling mitigation that would justify a downward variance in this case.

The nature and circumstances of Silva's conduct are egregious.  Repeatedly, Silva intentionally conspired with and exploited economically desperate women to facilitate the sexual exploitation of their young children and children to whom they had access to satiate his own pedophilic cravings.  Silva paid them almost nothing

2

to solicit this abuse and when these women would not comply with his demands, he berated them and threatened to ruin them.  Over the course of years, Silva's conduct victimized *at least* 4 young children. *See* PSR ¶ 16.

Moreover, for years, law enforcement has focused its efforts to combat and deter offenders, such as Silva, who facilitate and solicit child exploitation in the Philippines by live-streaming videos depicting the sexual abuse of children over platforms such as Skype.  The use of webcams to stream live abuse, particularly from the developing world, is a significant and emerging threat according to U.S. and international law enforcement agencies.[1]  Extreme poverty, the increasing

---

[1] *See* https://www.judiciary.senate.gov/imo/media/doc/2025-03-11_testimony_tanagho.pdf (last visited Dec. 31, 2025) (March 2025 testimony before the U.S. Senate Judiciary Committee by John Tanagho, Executive Director of the International Justice Mission (IJM) who lived in the Philippines and "led[] IJM teams to protect children from this brutally pernicious form of trafficking, where young victims are trafficked to produce child sexual abuse material, or CSAM, especially in live videos. Since 2011, IJM has worked closely with all levels of the Philippine Government, international law enforcement, community service organisations, survivor leaders, and other relevant stakeholders to combat this form of child sex trafficking."). *See also* https://www.ice.gov/news/releases/29-arrested-international-case-involving-live-online-webcam-child-abuse (last visited Dec., 31, 2025). In the U.K., the National Crime Agency's Child Exploitation and Online Protection Command ("CEOP") works with child protection partners across the U.K. and overseas to identify the main threats to children and coordinates activity against these threats to bring offenders to account. CEOP protects children from harm online and offline, directly through NCA led operations and in partnership with local and international agencies.  *See* https://www.ice.gov/news/releases/ice-uk-national-crime-agency-enhance-joint-efforts-combat-child-exploitation (last visited Dec. 31, 2025).

availability of high-speed Internet, and the existence of a vast and comparatively wealthy overseas customer base has led to organized crime groups exploiting children for financial gain. The fact that these children are overseas, doesn't make the devastating lifetime impact of sexual abuse at the hands of the foreign customer and the in-country trafficker any less real, traumatic, or horrific.

     Andy Baker, deputy director of the U.K. National Crime Agency's Child Exploitation and Online Protection Command ("CEOP") CEOP explained that overseas offenders, like Silva, are "extremely dangerous child sexual offenders who believed paying for children to be abused to order was something they could get away with. Being thousands of miles away makes no difference to their guilt. In my mind they are just as responsible for the abuse of these children as the contact abusers overseas." (*See* footnote 1). UNICEF reported that the Philippines is "the global epicenter of the live-stream sexual abuse trade." *See* https://www.unicef.org/stories/safe-from-harm-tackling-webcam-child-sexual-abuse-philippines (last visited Dec. 31, 2025). Strong sentences against offenders from demand-side countries who engage in this live-stream sex trafficking trade serve as an example to other countries whose citizens also fuel the demand for child sexual abuse and exploitation. Deterrence, just punishment, and restraint by imposing a significant sentence reflects the gravity of the offenses and protects vulnerable children worldwide.

In mitigation, Silva's sentencing memorandum points to 12 production of child pornography cases from three other district courts where the sentences were less than the Guidelines range in this case. Simply put, these citations are useless in considering an appropriate sentence for Silva. Silva does not provide any factual context to demonstrate that those defendants were similarly situated to him, nor does he show what the calculated Guidelines range was in the cases he cites. Further, of the thousands of cases, Silva randomly cherry picks a handful that skew in the direction he prefers the Court to go.

On the other hand, the Court can consider the types of sentences in cases involving defendants similarly situated to Silva (age 52) who solicited, directed, and facilitated the live streaming of sexual abuse of children in the Philippines. For example:

- A 55-year sentence for a 47-year-old man. Defendant Ross paid individuals abroad in exchange for livestream videos depicting children being sexually abused. Ross possessed 28 images of child pornography on his cellphone, which were screenshots taken during a livestream video chat. Law enforcement also located additional screenshot images of the livestreamed sexual abuse of children in Ross's Google accounts. *See* Dep't of Justice Press Release (W.D. North Carolina): "Marion Man Is Sentenced To 55 Years For Production And Possession Of Child Pornography" (Jan. 21, 2022), available at https://www.justice.gov/usao-wdnc/pr/marion-man-sentenced-55-years-production-and-possession-child-pornography (last visited Dec. 31, 2025).

- A 25-year sentence for a 63-year-old man. Defendant Zoll paid a Philippines sex trafficker to sexually abuse a prepubescent minor over a live-streaming videochat platform. For around two years, Zoll

5

- communicated with the trafficker and repeatedly instructed the trafficker to sexually abuse the minor over live-streaming video calls. Zoll engaged in similar conduct with multiple individuals in the Philippines over the same platform. In addition, Zoll frequently recorded the live-streaming video calls. *See* Dep't of Justice Press Release (D. Maine): "Man Sentenced to 25 Years in Prison for Paying Philippine Sex Trafficker to Live-Stream Child Sex Abuse" (Dec. 14, 2023), available at https://www.justice.gov/archives/opa/pr/man-sentenced-multiple-child-exploitation-offenses (last visited Dec. 31, 2025).

- A life sentence for a 68-year-old man. For over two years, Defendant Hicks and female adults in the Philippines shared approximately 500 text messages and live video Skype calls wherein Hicks would pay the Philippine females to sexually abuse children as young as 5 years of age while he watched and told the women the type of sexual abuse he wanted them to perform on the children. Evidence introduced at trial proved that Hicks communicated with these females in the Philippines via text messages and Skype video calls and paid between $25 to $120 to view these individuals performing sexually explicit acts with underage children. *See* Dep't of Justice Press Release (W.D. Louisiana): North Louisiana Man Receives Life in Prison for the Sexual Exploitation, Trafficking and Production of Child Pornography Involving Children in the Philippines (June 23, 2025), available at https://www.justice.gov/usao-wdla/pr/north-louisiana-man-receives-life-prison-sexual-exploitation-trafficking-and (last visited Dec. 31, 2025).

- A 32-year sentence for a 50-year-old man. Defendant Baxter livestreamed the sexual abuse of numerous children in the Philippines on the Internet. Baxter and his co-conspirator used an Internet application to arrange the time and location of the livestream, preview the children who would appear in the livestream, discuss the sexual acts the children would perform, pay the sex trafficker through a third-party website, and direct the sexual acts in real time via text chat. *See* Dep't of Justice Press Release (E.D. Virginia): "Sex offender sentenced for conspiring to livestream sexual abuse of children overseas" (June 6, 2024), available at https://www.justice.gov/usao-edva/pr/sex-offender-sentenced-conspiring-livestream-sexual-abuse-children-overseas (last visited Dec. 31, 2025).

- A 20-year sentence for a 70-year-old man. Defendant Chavez purchased at least 15 livestreaming webcam shows involving the sexual abuse and exploitation of five prepubescent children from child sex traffickers based in the Philippines. Chavez recorded segments of several livestreams with his cell phone and saved the videos to his external hard drives. During the sexual abuse, Chavez continued to communicate with the trafficker and gave specific instructions about what he wanted to see the children do. *See* Dep't of Justice Press Release (E.D. Virginia): Purcellville man sentenced for paying Philippine sex trafficker to sexually abuse children on live webcams (June 27, 2024), available at https://tinyurl.com/msdx5xfj (last visited Dec. 31, 2025).

## CONCLUSION

The Government respectfully requests that the Court sentence Silva to 360 months imprisonment followed by 20 years of supervised release.

DATED: January 2, 2026, at Honolulu, Hawaii.

                                KENNETH M. SORENSON
                                United States Attorney
                                District of Hawaii

                                By   */s/ Barbara Eucker*
                                    REBECCA A. PERLMUTTER
                                    BARBARA EUCKER
                                    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by NEF through CM/ECF:

| | |
|---|---|
| LOUIS MICHAEL CHING<br>Attorney for Defendant<br>ROBERT SILVA | louismichaelching@hotmail.com |

Served via Email:

| | |
|---|---|
| CHEYENNE MCKEE<br>United States Probation Officer | cheyenne_mckee@hip.uscourts.gov |

DATED: January 2, 2026, at Honolulu, Hawaii.

 /s/ Tiani Kaneakua
Legal Assistant
U.S. Attorney's Office
District of Hawaii